UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:18-CR-00074-JRG-CLC |
| | ) | |
| FLINT GREEN | ) | |

## **ORDER**

This matter is before the Court on United States Magistrate Judge Clifton L. Corker's Report and Recommendation [Doc. 35]. Magistrate Judge Corker recommends the Court accept Defendant's plea of guilty to the charge in Count Five of the Indictment [Doc. 1], adjudge him guilty of that charge, and order that he remain in custody until his sentencing hearing. None of the parties has timely objected to the Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b).

After carefully reviewing the record, the Court agrees with Magistrate Judge Corker's recommendation. The Court therefore **ACCEPTS IN WHOLE** the Report and Recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59(b). For the reasons in the Report and Recommendation, which the Court adopts and incorporates into this Order, the Court **ACCEPTS** Defendant's guilty plea, and Defendant is hereby **ADJUDGED** guilty of the charge in Count Five of the indictment. The Court will defer a decision as to whether to accept or reject the Plea Agreement [Doc. 28] until after it has received a presentence investigation report from the United States Probation Office. Defendant **SHALL** remain in custody until his sentencing hearing.

So ordered.

2

ENTER:

                s/J. RONNIE GREER
                UNITED STATES DISTRICT JUDGE

2